The Honorable Benjamin H. Settle

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MAUDINA BOONE, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> vs.<br><br>DYNAMIC COLLECTORS, INC.,<br><br>   Defendant. | Case No.: 3:18-cv-05916-BHS<br><br>**NOTICE OF SETTLEMENT** |

  PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Maudina Boone ("Plaintiff") and Dynamic Collectors, Inc. ("Defendant"). Plaintiff anticipates filing a notice of voluntary dismissal of this action against Defendant with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated this 28th day of July, 2020.

                Respectfully submitted,

                */s/ Daniel Zemel*____
                Daniel Zemel, Esq.
                Zemel Law, LLC
                1373 Broad Street, Suite 203-C
                Clifton, New Jersey 07013
                T: (862) 227-3106

DZ@zemellawllc.com
Attorney for Plaintiff

/s/ *Michael Brubaker*
Michael C. Brubaker, WSBA# 49804
11925 110th Ave NE
Kirkland, WA 98034
206-335-8746
michael@brubakerlawgroup.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2020 a true and correct copy of the foregoing document was sent to all counsel of record via email.

s/ *Daniel Zemel*
Daniel Zemel, Esq.

- 2 -